AO 450 (Rev. 5/85) Judgment in a Civil Case ®

# United States District Court

EASTERN DISTRICT OF WISCONSIN

JOAN MCCANN,
       Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

Case No. 16-C-1310

EARTH SENSE ENERGY SYSTEMS INC,
       Defendant.

☐    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.**  This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff takes nothing and the case is DISMISSED.

Approved:     s/ William C. Griesbach
                          William C. Griesbach, Chief Judge
                          United States District Court

Dated: October 10, 2017.

                          STEPHEN C. DRIES
                          Clerk of Court

                          s/ Cheryl A. Veazie
                          (By) Deputy Clerk